UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| RAYMOND CONWAY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 3:20-cv-794-JD |
| MR. SNIDER, et al., | ) ) ) |
| Defendants. | ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Defendants, by counsel, and Plaintiff Raymond Conway, pro se, respectfully submit their joint stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and jointly stipulate and agree that this cause of action should be dismissed, with prejudice. Each party is to bear their own costs.

**So Stipulated.**

Date: March 7, 2023

Gustavo A. Jimenez
Deputy Attorney General
Attorney No. 35866-53
Office of the Indiana Attorney General
Indiana Gov't Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204
Telephone: (317) 234-2623
Fax: (317) 232-7979
Email: Gustavo.Jimenez@atg.in.gov
*Counsel for Defendants*

Respectfully submitted,

Raymond E. Conway
DOC# 261589
Indiana State Prison
One Park Row
Michigan City, IN 46360
*Pro Se Plaintiff*