UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

RAYMOND E CONWAY,

   Plaintiff,

v.

SNIDER, SUDA, TODD MARSH, PAMELA BANE,

   Defendants.

Case No. 3:20-CV-794 JD

## ORDER

On March 9, 2023, the parties filed a joint Stipulation to Dismiss (DE 114), agreeing to dismiss all claims in this action with prejudice. Considering the joint nature of the stipulation, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter is hereby DISMISSED, with prejudice. The Clerk is DIRECTED to CLOSE this case.

SO ORDERED.

ENTERED: March 10, 2023

                                      /s/ JON E. DEGUILIO
                                      Chief Judge
                                      United States District Court